**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WEAVER, ) | Case No. 3:09-cv-04842-CRB |
| Plaintiff, ) | |
| ) | **ORDER GRANTING PARTIES'** |
| vs. ) | **DISMISSAL WITH PREJUDICE OF** |
| ) | **DEFENDANT TODD PACIFIC** |
| TODD PACIFIC SHIPYARDS ) | **SHIPYARDS CORPORATION** |
| CORPORATION, ) | |
| Defendant. ) | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant TODD PACIFIC SHIPYARDS CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 8, 2014     By: _____
                              Charles R. Breyer
                              United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT TODD PACIFIC SHIPYARDS CORPORATION